Filed 7/29/21  P. v. Steele CA3

NOT TO BE PUBLISHED

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Yuba)

----

| | |
|---|---|
| THE PEOPLE,<br><br>        Plaintiff and Respondent,<br><br>    v.<br><br>MELISSA ERIN STEELE,<br><br>        Defendant and Appellant. | C092317<br><br>(Super. Ct. Nos. CRF19-833,<br>        CRF19-1072) |

Appointed counsel for defendant Melissa Erin Steele has asked this court to conduct an independent review of the record to determine whether there are any arguable issues on appeal.  (*People v. Wende* (1979) 25 Cal.3d 436.)  Finding no arguable error in defendant's favor, we affirm.

BACKGROUND

On April 12, 2019, defendant was driving a car that belonged to the man who was in the car with her.  They were driving around, picking up cans.  When the car's owner got out of the car to pick up cans, defendant drove the car away.  She later told law

1

enforcement the car would never be found.  The People subsequently charged defendant in Yuba County case No. CRF1900833 (case No. 833) with unlawful taking or driving a vehicle, with multiple prior convictions for unlawful taking or driving a vehicle (Pen. Code, § 666.5).[1]

On June 9, 2019, defendant was stopped by law enforcement and consented to a search of her purse.  Inside, law enforcement found a disassembled short-barreled shotgun that was missing a trigger and a pipe used for smoking methamphetamine.  The People subsequently charged defendant in Yuba County case No. CRF1901072 (case No. 1072) with felon in possession of a firearm (§ 29800, subd. (a)(1)), felon carrying a concealed weapon (§ 25400, subd. (a)(2)), possession of a short-barreled shotgun (§ 33215), and possession of drug paraphernalia (Health & Saf. Code, § 11364).

Defendant pleaded no contest to the automobile theft charge in case No. 833 and felon in possession of a firearm in case No. 1072.  In exchange for her plea, defendant would be released on her own recognizance with a *Cruz*[2] waiver and enter a six-month drug rehabilitation program.  Upon successful completion of the program, defendant would be granted probation.  The parties stipulated to a sentence of four years eight months in state prison if defendant failed to successfully complete the program.

On November 4, 2019, defendant failed to appear for her scheduled review hearing.  She again failed to appear on November 8.  A warrant for her arrest issued and on March 25, 2020; defendant admitted to violating her *Cruz* waiver.

At sentencing, defendant apologized to the trial court, saying she relapsed before she was able to enroll in the drug rehabilitation program.  She also asked the court to reduce her sentence by eight months; the court advised defendant it was a stipulated term.

---

[1] Further undesignated statutory references are to the Penal Code.

[2] *People v. Cruz* (1988) 44 Cal.3d 1247.

Accordingly, the court sentenced her to the agreed-upon term of four years eight months in state prison. The court awarded defendant 288 days of custody credit and imposed various fines and fees.

Defendant appealed without a certificate of probable cause.

## DISCUSSION

Counsel filed an opening brief that sets forth the facts and procedural history of the case and requests this court to review the record and determine whether there are any arguable issues on appeal. (*People v. Wende*, *supra*, 25 Cal.3d 436.) Defendant was advised by counsel of her right to file a supplemental brief within 30 days from the date the opening brief was filed. More than 30 days have elapsed, and defendant has not filed a supplemental brief.

Our review of the record pursuant to *Wende* has disclosed no arguable errors in defendant's favor.

## DISPOSITION

The judgment is affirmed.

> /s/
> Duarte, J.

We concur:

/s/
Hull, Acting P. J.

/s/
Mauro, J.

3